# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**SAKINAL CHRISTION,** *as Mother and Next Friend of D.J.R., a Minor* **PLAINTIFF**

**v.** **CIVIL ACTION NO.: 4:23-cv-201-DMB-JMV**

**LOWE'S HOME CENTERS, LLC et al.** **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery **not relevant** to the remand … issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion. . . ." L.U. Civ. R. 16(b)(1)(B) (emphasis added). Because the plaintiff has moved to remand this case to state court [8], staying certain proceedings is appropriate. If either party desires to take remand-related discovery, it shall file a notice of intent to do so no later than December 5, 2023. If such discovery is contemplated by any party, the court will hold a prompt telephonic status conference to discuss the appropriateness, parameters, and deadlines for doing so.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED**, pending a ruling on the motion to remand. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to remand.

**SO ORDERED** this, the 28th day of November, 2023.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**